IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| **STACY HINNERS** *Plaintiff,* v. **MICHAEL J. O'SHEA** *Defendant.* | Case No. 19-CV-02868 Judge Pamela A. Barker Magistrate Judge David A. Ruiz |
|---|---|
| **JOINT MOTION FOR CONTINUANCE** ||

    Plaintiff Stacy Hinners and Defendant Michael O'Shea jointly move to reschedule the December 18, 2019 hearing currently scheduled for consideration of Mrs. Hinners's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2).

    Defendant O'Shea has a previously scheduled federal-court commitment for the same morning as the currently scheduled hearing date. And as of December 13, 2019, Mrs. Hinners's counsel learned that the BCI investigation into her prosecution, the resolution of which Defendant O'Shea said he is waiting for before refiling charges, is likely to continue at least into January.

    The parties therefore jointly move to vacate the December 11 order setting the TRO hearing for December 18 and reschedule it for January 24.

Respectfully submitted,

| | |
|---|---|
| THE CHANDRA LAW FIRM LLC | LIPSON O'SHEA LEGAL GROUP |
| */s/Brian D. Bardwell* | */s/Michael J. O'Shea* |
| Subodh Chandra (0069233) | Michael J. O'Shea, Esq. (0039330) |
| Brian D. Bardwell (0098423) | The Hoyt Block Building - Suite 110 |
| The Chandra Law Building | 700 West St. Clair Avenue |
| 1265 W. 6th St., Ste. 400 | Cleveland, Ohio 44113 |
| Cleveland, Ohio 44113 | 216.241.0011 Phone |
| 216.578.1700 Phone | 440.331.5401 Fax |
| 216.578.1800 Fax | michael@lipsonoshea.com |
| Subodh.Chandra@ChandraLaw.com | |
| Brian.Bardwell@ChandraLaw.com | *Attorney and Prosecutor for City of Huron* |
| | |
| *Attorneys for Plaintiff Stacy Hinners* | |