Ex. A-2 is surveillance footage from Huron City Hall and was filed manually with the original

Complaint (ECF #1)



PLAINTIFF'S EXHIBIT

A-2