Ex. A-7 is a compilation of footage from the May 14, 2019, meeting of Huron City Council and was filed manually with the original Complaint (ECF #1)

