# HURON POLICE

417 MAIN ST HURON, OHIO 419-433-4114

*Incident / Offense Report*

**Incident Number**
**20-190550**

| Offense | Method Received T | Time Received 18:52:00 | Time Dispatched 18:52:00 | Time Arrived 18:54:00 | Time Cleared: 19:30:00 |
|---|---|---|---|---|---|

| Report Date / Time | | Incident Occurred From | | Incident Occured To | |
|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time |
| Tuesday 05/14/2019 | 19:40:34 | Tuesday 05/14/2019 | 18:52:00 | Tuesday 05/14/2019 | 19:30:00 |

Location of the Incident (Street #, Street, Apt. #, City, State, Zip) — Zone
**417 MAIN ST HURON OH 44839 HURON CITY BUILDING** — **NW**

| Persons Involved: | STACY ANN HINNERS - ARA<br>HPD SOCIETY - VIC<br>BRAD D HARTUNG - WIT<br>-<br>-<br>- | Property:<br>Amount:<br>Type: |
|---|---|---|

| | Units: | Officers: |
|---|---|---|
| 1st: | 146 | JOHN W ORZECH |
| 2nd: | 193 | KEVIN R KOEHLER |
| 3rd: | | |
| 4th: | | |
| 5th: | | Photos: 0 |

| Codes: | Descriptions: | OFFENSES | |
|---|---|---|---|
| 5307 | DISTURBING LAWFUL MEETING | | 509.04 |

Weapons Used:  Trade Marks:  Hate Bias

Entry:  Location Type:
**Government Bldg./property**

Refer to Arrest:  Incident #:  Tow#:  Dispatcher: **2200**  Officer in Charge: **146**  Entry Id: **146**

Case Status:  Cleared Date: **05/14/2019**  Cleared By: **146**

---

**Narrative:**  20-190550  **Page:** 1

    Chief Lippert contacted me in reference to an unknown subject causing problems at the Huron City Council Meeting. Ofc Koehler and I responded and were met by Mayor Brad Hartung. Mayor Hartung advised us that Stacy Hinners was disrupting the council meeting and he wished for her to be removed. Ofc Koehler and I entered the Huron Municipal Court room where the meeting was being held. We located Ms Hinners and requested she step out of the meeting so that we may speak with her.
    Ms Hinners refused to exit the meeting and instead began arguing. Mayor Hartung again informed us that he wished to have Ms Hinners removed from the meeting. Officers informed Ms Hinners she would now have to leave the meeting or it would result in arrest. After multiple attempts of trying to persuade Ms Hinners to leave the meeting on her own accord, she informed officers we would have to forcefully remove her. Ofc Koehler grabbed Ms Hinners right wrist and I grabbed her left wrist attempting to place her in the escort position. Ms Hinners then began resisting us and attempting to pull away. Ms Hinners was placed against a nearby

| JAMES BOWENS | | OFC. JOHN W ORZECH |
|---|---|---|
| Reviewing Supervisor: | Bureau Supervisor: | Officer: |

**PLAINTIFF'S EXHIBIT A-08**

| Narrative: | 20-190550 | Page: 2 |
|---|---|---|

wall so that officers may gain control of her. Ofc Koehler and I were finally able to place Ms Hinners in hand restraints and escort her to the booking room where she was placed in the processing chair. Ms Hinner's paperwork was completed on a summons and she was released from custody.

    Stacy Hinners was issued summons #1446 for Disturbing a Lawful Meeting (M4). She was given an initial court appearance on May 17th, 2019 in Huron Municipal Court. An attempt to gain audio and video will be made and attached to this report along with a statement from Mayor Hartung.

| JAMES BOWENS | | OFC. JOHN W ORZECH |
|---|---|---|
| Reviewing Supervisor: | Bureau Supervisor: | Officer: |

# HURON POLICE

Page # 3     *Persons Involved with Incident*

**Incident Number**
*20-190550*

---

| | | |
|---|---|---|
| **Incident #:** 20190550 | **Relation:** ARA | **Arrest #:** 905127 |
| **CAD #:** | **Date of Contact:** 05/14/2019 | **Phone:** 216-287-6991 |
| **First Name:** STACY | **Middle:** ANN | **Last Name:** HINNERS |
| **Til:** | **DOB:** 08/25/1978 | **SSN:** 268767055 |
| **Pager:** | | |
| **Street #:** 1130 | **Street Name:** MUDBROOK RD | **Apt:** |
| **City:** HURON | **St:** OH | **Zip:** 44839 |
| **Cell Phone:** | **Employee Phone:** | |
| **Hgt:** 505 | **Wgt:** 150 | **Hair:** BRO |
| **Eyes:** BRO | **Race:** W | **Sex:** F |
| **Physical Marks:** | | |
| **Offenses:** | 5307 | DISTURBING LAWFUL MEETING |

**Resident Class:** Resident    **Suspected of using:** / /    **Victim Type:**

---

| | | |
|---|---|---|
| **Incident #:** 20190550 | **Relation:** VIC | **Arrest #:** 905127 |
| **CAD #:** | **Date of Contact:** 05/14/2019 | **Phone:** |
| **First Name:** HPD | **Middle:** | **Last Name:** SOCIETY |
| **Til:** | **DOB:** | **SSN:** |
| **Pager:** | | |
| **Street #:** | **Street Name:** | **Apt:** |
| **City:** HURON | **St:** OH | **Zip:** 44839 |
| **Cell Phone:** | **Employee Phone:** | |
| **Hgt:** | **Wgt:** | **Hair:** |
| **Eyes:** | **Race:** U | **Sex:** U |
| **Physical Marks:** | | |
| **Offenses:** | 5307 | DISTURBING LAWFUL MEETING |

**Resident Class:** Resident    **Suspected of using:** / /    **Victim Type:** Society/pulic

---

| | | |
|---|---|---|
| **Incident #:** 20190550 | **Relation:** WIT | **Arrest #:** 905127 |
| **CAD #:** | **Date of Contact:** 05/14/2019 | **Phone:** 419-656-4467 |
| **First Name:** BRAD | **Middle:** D | **Last Name:** HARTUNG |
| **Til:** | **DOB:** 08/31/1970 | **SSN:** 296748167 |
| **Pager:** | | |
| **Street #:** 816 | **Street Name:** SALEM DR | **Apt:** |
| **City:** HURON | **St:** OH | **Zip:** 44839 |
| **Cell Phone:** | **Employee Phone:** | |
| **Hgt:** 600 | **Wgt:** 230 | **Hair:** BRO |
| **Eyes:** BLU | **Race:** W | **Sex:** M |
| **Physical Marks:** | | |
| **Offenses:** | 5307 | DISTURBING LAWFUL MEETING |

**Resident Class:** Resident    **Suspected of using:** / /    **Victim Type:**

---

**Reviewing Supervisor:**     **Bureau Supervisor:**     **Officer:** OFC. JOHN W ORZECH

| HURON POLICE | | Incident Number |
|---|---|---|
| Investigative Report | Title / Subject: WRITTEN STATEMENT | 20-190550 |

On this date Mayor Brad Hartung appeared on station to turn in his written statement. I reviewed the statement and then signed and dated the form. Mayor Hartung's statement states the following:

" At approximately 6:52 pm on May 14, 2019 during the audience comments portion of the Huron City Council meeting.  Mrs. Stacey Hinners stood at her seat, turned to the audience in attendance and said she would speak from there. Mrs. Hinners was informed she needed to step to the podium to address council. She refused, I asked her a second time and she approached the podium, turn her back to coucil and started to speak to the audience. I asked Mrs. Hinners to turn around and speak to council, she refused. I gaveled her and asked her once again to address council, she refused. I gaveled a second time and asked her once more to address council. After several tries to get Mrs. Hinners to get Mrs. Hinners to follow the rules and not be disruptive in a public meeting, I pressed the buzzer into the PD. After no response and with Mrs. Hinners still disrupting the meeting, I went to the PD to find an Officer. None were present at the time, so I returned to the meeting, sat down and Vice-Mayor Hardy announced her 3 minute time limit had expired. She turned to council made a statement about a gentleman at a previous meeting speaking for 5 minutes and said she was going to keep speaking. I informed Mrs. Hinners her time had expired, she made some sarcastic remarks said it was "par for the course" and sat in her seat, still causing a disruption. Officers arrived and asked her to leave and she became combative, telling the Officers to remove her. She failed to comply with the Officers and was removed, continuing to disrupt the public meeting."

A copy of Mayor Hartung's statement will be attached to this report.

By: Det. Matthew A Jacobs      Badge# 251      Date: 05/15/2019  Time: 10:46:5  No. 001  Page #: 4

Reviewing Supervisor:_____      Date: _____