

**Subodh Chandra <subodh.chandra@chandralaw.com>**

## Stacy Hinners v. Michael J. O'Shea

**Patrick Kasson** <PKasson@reminger.com>　　　　　　　　　　Thu, Jan 30, 2020 at 4:19 PM
To: "subodh.chandra@chandralaw.com" <subodh.chandra@chandralaw.com>
Cc: "michael@moshea.com" <michael@moshea.com>, "driepenhoff@fisheldowney.com" <driepenhoff@fisheldowney.com>

Subodh,

　　　I saw your email to the Court with respect to resolving the matter. In connection with this, I want to remind you of your ethical duties.

　　　Mike will not agree to any resolution of the civil matter, where the disposition of a criminal matter is discussed and/or negotiated. How Mike proceeds as special prosecutor will not be affected by resolution of any underlying civil matter. For you to even ask, violates the ethical rules.

　　　Further, as I expressed to you in the Judge's chambers, Mike views your prior efforts to have the City Counsel replace Mike with a prosecutor, and a direction for the charges to be dismissed, as an attempt by you to obstruct justice. We would similarly view any settlement terms, along those same lines, as a criminal attempt to obstruct justice.

　　　If you have any questions, please give me a call.

Pat

My Bio | Website | vCard

T 614-232-2418　　**Patrick Kasson, Esq.**
F 614-232-2410　　**Reminger Co., LPA**
M 614-738-0887　　PKasson@reminger.com
　　　　　　　　　200 Civic Center Dr.,



www.reminger.com  Suite 800
Columbus, OH 43215

 

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware by **Mimecast Ltd**.