IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STACY HINNERS, | : | Civil Action No. 1:19-cv-02868 |
| Plaintiff, | : | JUDGE J. PHILIP CALABRESE |
| v. | : | |
| CITY OF HURON, et al. | : | MAGISTRATE JUDGE THOMAS M. PARKER |
| Defendants. | : | |

### PARTIALLY UNOPPOSED MOTION FOR A NEW DATE FOR THE CASE MANAGEMENT CONFERENCE BY DEFENDANTS JOHN ORZECH AND KEVIN KOHLER

Defendants respectfully request a new date for the Case Management Conference scheduled for Thursday, August 17, 2023 before this Honorable Court. Defendant John Orzech's wife went into labor and will be in the hospital at the time of the Case Management Conference. Kevin Kohler recently relayed to the undersigned that he is unable to attend the Court conference in this matter because he is out of state. The undersigned contacted opposing counsel to inform them that both Defendants can be available by Zoom for the Case Management Conference. Opposing counsel suggested rescheduling the case management conference to a date when all parties can be present. The undersigned apologizes to the court, the parties and opposing counsel for this dilatory request. Plaintiffs do not oppose this request.

Alternatively, the undersigned seeks to excuse the personal attendance of Officers Orzech and Kohler and proceed with the conference as scheduled with the other 7 defendants available to attend, representative of the carrier also planning to be present, and Officers Orzech and Kohler can attend via Zoom. These requests are not made for purposes of delay. (Plaintiffs oppose this alternative.)

Respectfully submitted,

s/ Jennifer M. Meyer
Daniel T. Downey (0063753)
Jennifer M. Meyer (0077853)
**FISHEL DOWNEY ALBRECHT RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Fax
ddowney@fisheldowney.com
jmeyer@fisheldowney.com
*Counsel for Defendants City of Huron, Brad Hartung, Andrew White, Glen Ginesi, Rick Schaffter, Trey Hardy, Robert Lippert, John Orzech, and Kevin Koehler*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully Submitted,

s/ Jennifer M. Meyer
Jennifer M. Meyer (0077853)
*Counsel for Defendants City of Huron, Brad Hartung, Andrew White, Glen Ginesi, Rick Schaffter, Trey Hardy, Robert Lippert, John Orzech, and Kevin Koehler*

**FISHEL DOWNEY ALBRECHT & RIEPENHOFF** LLP
Attorneys at Law

2

7775 Walton Parkway
Suite 200
New Albany, Ohio 43054

(614) 221-1216 PH
(614) 221-8769 FX
www.fisheldowney.com