# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STACY HINNERS, *et al.*, ) | CASE NO. 1:19-cv-2868 |
| ) | |
| Plaintiffs, ) | JUDGE J. PHILIP CALABRESE |
| ) | |
| vs. ) | Magistrate Judge Thomas M. Parker |
| ) | |
| MICHAEL J. O'SHSEA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Kevin Koehler requests leave of Court to file the attached Notices of Substitution of Counsel. Patrick Kasson and Austin Richards of Reminger Co., LPA will substitute for Daniel Downey, David Moser, and Stephanie Schoolcraft of Fishel Downey Albrecht & Riependhoff LLP as counsel for Mr. Koehler. Mr. Koehler will not seek an extension of the scheduled Show Cause Hearing (Doc #112) because of this substitution of counsel. Finally, pursuant to L.R. 83.9, Mr. Koehler notified Plaintiffs of this substitution of counsel during a recent status conference with the Court.

Dated: September 19, 2023

Respectfully submitted,

*/s/ Austin Richards*
Patrick Kasson (0055570)
Austin M. Richards (0101316)
**REMINGER CO., L.P.A.**
200 Civic Center Drive, 8th Floor
Columbus, Ohio 43215
Tel: 614-228-1311 | Fax: 614-232-2410
Email: pkasson@reminger.com
    arichards@reminger.com

*Attorneys for Defendant Kevin Koehler*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was submitted for filing and service was made by operation of this court's electronic filing system this 19th day of September, 2023 upon all parties of record.

                                                */s/ Austin Richards*
                                                Patrick Kasson (0055570)
                                                Austin M. Richards (0101316)