AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __Ohio__

| | |
|---|---|
| STACY HINNERS, et al.<br>　　　　　　Plaintiff (s),<br>V.<br>MICHAEL J. O'SHSEA, et al.<br>　　　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:19-cv-2868 |

Notice is hereby given that, subject to approval by the court, __Kevin Koehler__ substitutes
(Party (s) Name)

__Austin Richards__, State Bar No. __0101316__ as counsel of record in
(Name of New Attorney)

place of __Daniel Downey, David Moser, and Jennifer Meyer__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name:　　　Reminger Co., L.P.A
　Address:　　　　200 Civic Center Drive, 8th Floor, Columbus, Ohio 43215
　Telephone:　　　(614) 228-1311　　　　Facsimile　(614) 232-2410
　E-Mail (Optional): arichards@reminger.com

I consent to the above substitution.
Date: __9/14/23__

_/s/ Kevin K_
(Signature of Party (s))

I consent to being substituted.
Date: __9/13/2023__

_Daniel Downey_
_David Moser_
_Jennifer M. Meyer_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]