AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of Ohio

| | |
|---|---|
| STACY HINNERS, et al.<br>Plaintiff(s),<br>V.<br>MICHAEL J. O'SHSEA, et al.<br>Defendant(s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 1:19-cv-2868 |

Notice is hereby given that, subject to approval by the court, __Kevin Koehler__ substitutes
(Party (s) Name)

__Patrick Kasson__, State Bar No. __0055570__ as counsel of record in
(Name of New Attorney)

place of __Daniel Downey, David Moser, and Jennifer Meyer__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Reminger Co., L.P.A
Address: 200 Civic Center Drive, 8th Floor, Columbus, Ohio 43215
Telephone: (614) 228-1311    Facsimile (614) 232-2410
E-Mail (Optional): pkasson@reminger.com

I consent to the above substitution.
Date: 9/14/23

*(Signature of Party(s))*

I consent to being substituted.
Date: 9/13/2023

*Daniel Downey*
*David Moser*
*Jennifer Meyer*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**