# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| STACY HINNERS, *et al.*, | ) CASE NO. 1:19-cv-2868 |
| Plaintiffs, | ) JUDGE J. PHILIP CALABRESE |
| vs. | ) Magistrate Judge Thomas M. Parker |
| MICHAEL J. O'SHSEA, *et al.*, | ) |
| Defendants. | ) |

## AFFIDAVIT OF KEVIN KOEHLER

STATE OF  Ohio         )
                       )
COUNTY OF  Lorain      ) ss.

Now comes Kevin Koehler, being first duly sworn according to law, and states the following:

1. I, Kevin Koehler, am over 18 years of age and have personal knowledge of the facts stated herein.

2. I recognize that my absence from the two scheduled case management conferences is inexcusable. And as a law enforcement officer, I recognize the importance of obeying the Court and abiding by the Judge's orders. I never intended to waste this Court's time and resources.

3. On August 17, 2023, I was scheduled to be in Myrtle Beach, South Carolina on vacation with my wife and three children.

4. Because of our modest household income, these trips are rare. Most of the trip, including lodging, travel, and events were prepaid and non-refundable. Thus, if the trip was canceled, our family would lose out on the money spent and it would likely be another year or so

before we could take a similar trip.

5. Despite being out-of-town, I informed Mr. Downing that I would make the time to appear remotely should the Court allow it.

6. I apologize for any inconvenience my actions have caused and recognize the importance of abiding by the Court's Order.

Further Affiant sayeth naught.

_____
KEVIN KOEHLER

Sworn to before me and subscribed in my presence this 9th day of October, 2023.

_____
NOTARY PUBLIC

REBECCA MARIE GERDING
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
October 13, 2027