IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **STACY HINNERS**, ET AL., <br><br> *Plaintiffs*, <br><br> vs. <br><br> **CITY OF HURON**, ET AL. <br><br> *Defendants.* | Case No. 1:19-cv-02868 <br><br> Judge J. Philip Calabrese <br><br> Magistrate Judge Thomas M. Parker |
| **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT KOEHLER'S RESPONSE TO THE COURT'S SHOW-CAUSE ORDER** ||

Plaintiffs' counsel respectfully request an extension of time until Friday, October 20, 2023 to file Plaintiffs' reply to Defendant Koehler's response to the Court's show-cause order regarding Koehler's failure to appear at the August 17, 2023 case-management conference. Plaintiffs' counsel intended to file their reply when it was originally due (on Friday, October 13), but were unable to because of technological and editing issues on both their and their paralegal's part. Additionally, Plaintiffs' lead counsel in the past week has had several pressing court briefing deadlines and has not had much time to confer with clients on a thoughtful reply to Defendant Koehler's response since it was filed last Monday. Seven additional days to file their reply will provide the parties and their counsel sufficient time for thoughtful consideration and consultation with clients as required.

Neither the Court nor Defendant Koehler will be prejudiced by Plaintiffs' request for an additional seven days to submit their reply: the show-cause hearing has been rescheduled to November 28, 2023, nearly a month and a half after the date on which the hearing was originally scheduled, giving both the Court and Defendant Koehler ample time to review and consider Plaintiffs' reply.

This motion is unopposed.

| | |
|---|---|
| Dated: October 16, 2023 | Respectfully submitted, |
| /s/ *Subodh Chandra* | /s/ *Per consent* |
| Subodh Chandra (0069233) | Brian D. Bardwell (0098423) |
| THE CHANDRA LAW FIRM LLC | Speech Law LLC |
| 1265 West Sixth Street, Suite 400 | 1265 West Sixth Street, Suite 400 |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44113 |
| 216.578.1700 Phone | 216.912.2195 Phone/Fax |
| 216.578.1800 Fax | brian.bardwell@speech.law |
| Subodh.Chandra@ChandraLaw.com | |
| | *Attorneys for Plaintiffs Stacy and Jason Hinners* |