IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STACY HINNERS, *et al.*, | ) | CASE NO. 1:19-cv-2868 |
| | ) | |
| Plaintiffs, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| vs. | ) | Magistrate Judge Thomas M. Parker |
| | ) | |
| MICHAEL J. O'SHSEA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT KEVIN KOEHLER'S MOTION TO EXCUSE APPERANCE OF PATRICK KASSON

Kevin Koehler ("Defendant"), by and through counsel, hereby files this Motion to Excuse the Appearance of Patrick Kasson at the upcoming hearing on November 28, 2023, and in support thereof, states as follows:

On November 28, 2023, Mr. Kasson has a scheduled deposition in North Canton, Ohio. While Mr. Kasson does not anticipate the deposition lasting till 3:00 p.m., Defendant wishes to inform this Court of the potential scheduling conflict. Should Mr. Kasson's deposition end in time for him to attend the Show Cause Hearing, he will do so.

Nevertheless, Austin Richards will be present at the Show Cause Hearing on behalf of Defendant. Since the outset of Reminger's representation, Mr. Richards has been the attorney coordinating with Defendant, attending status conferences on Defendant's behalf, drafting responsive pleadings, and preparing for the Show Cause Hearing. Simply put, Mr. Richards is the attorney most knowledgeable of the facts and circumstances of this matter.

WHEREFORE, Defendant respectfully requests this Court excuse the appearance of Patrick Kasson at the upcoming November 28, 2023 hearing in the event his deposition does not end in time, as Austin Richards will be present.

        Respectfully submitted,

        */s/ Austin Richards*
        Patrick Kasson (0055570)
        Austin M. Richards (0101316)
        **REMINGER CO., L.P.A.**
        200 Civic Center Drive, 8th Floor
        Columbus, Ohio 43215
        Tel: 614-228-1311 | Fax: 614-232-2410
        Email: pkasson@reminger.com
               arichards@reminger.com

*Counsel for Kevin Koehler*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing document was filed and served by operation of this Court's electronic filing system, this 17th day of November, 2023, upon all counsel and parties of record.

                                      */s/ Austin M. Richards*
                                      Patrick Kasson (0055570)
                                      Austin M. Richards (0101316)