IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **STACY HINNERS,** *et al.*<br>*Plaintiffs,*<br>v.<br>**CITY OF HURON,** *et al.*<br>*Defendants.* | Case No. 1:19-cv-02868<br><br>Judge J. Philip Calabrese<br><br>Magistrate Judge Thomas M. Parker |
| **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** | |

The matter having been resolved, Plaintiffs Stacy and Jason Hinners; and Defendants City of Huron, Brad Hartung, Andrew White, Glen Ginesi, Rick Schaffter, Trey Hardy, Robert Lippert, John Orzech, and Kevin Koehler respectfully and jointly file this stipulation of dismissal with prejudice under Fed. R. Civ. P. 41(a)(1), each party to bear its own costs, subject to any subsequent Court order arising from the Court's consideration of proceedings involving Defendant Koehler. The Court will retain jurisdiction solely to enforce the settlement.

| | |
|---|---|
| Dated: November 22, 2023 | Respectfully submitted, |
| | |
| /s/ Subodh Chandra | /s/ Per consent |
| Subodh Chandra (0069233) | Daniel T. Downey (0063753) |
| THE CHANDRA LAW FIRM LLC | Jennifer M. Meyer (0077853) |
| The Chandra Law Building | FISHEL DOWNEY ALBRECHT RIEPENHOFF LLP |
| 1265 West 6th Street, Suite 400 | 7775 Walton Parkway, Suite 200 |
| Cleveland, Ohio 44113 | New Albany, Ohio 43054 |
| 216.578.1700 (p) / 216.578.1800 (f) | Cleveland, OH 44139 |
| Subodh.Chandra@ChandraLaw.com | (614) 221-1216 (p) |
| | (614) 221-8769 (f) |
| /s/ Per consent | ddowney@fisheldowney.com |
| Brian D. Bardwell (0098423) | jmeyer@fisheldowney.com |
| Speech Law LLC | |
| 1265 West 6th Street, Suite 400 | *Attorneys for Defendants City of Huron, Brad Hartung,* |
| Cleveland, Ohio 44113 | *Andrew White, Glen Ginesi, Rick Schaffter, Trey Hardy,* |
| 216.912.2195 Phone/Fax | *Robert Lippert, and John Orzech* |
| brian.bardwell@speech.law | |
| | /s/ Per consent |
| *Attorneys for Plaintiffs Stacy and Jason Hinners* | Patrick Kasson (0055570) |
| | Austin M. Richards (0101316) |
| | REMINGER CO., L.P.A. |
| | 200 Civic Center Drive, 8th Floor |
| | Columbus, Ohio 43215 |
| | (614) 228-1311 (p) |
| | (614) 232-2410 (f) |
| | pkasson@reminger.com |
| | arichards@reminger.com |
| | |
| | *Attorneys for Defendant Kevin Koehler* |