# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STACY HINNERS, *et al.*, | Case No. 1:19-CV-2868 |
| Plaintiffs, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Thomas Parker |
| MICHAEL J. O'SHEA, *et al.*, | |
| Defendants. | |

## ORDER

Following mediation, Plaintiffs agreed to dismiss this action in exchange for consideration received from Defendants. Based on its review of the record and discussions with counsel, the Court is unaware of any viable remaining claims or counterclaims that any party might have against another. Counsel agree that any claim or counterclaim that any party believes it might have should have and could have been litigated in this case. As a result of the parties' settlement, no such potential claims or counterclaims survive dismissal. Additionally, the filing of any such claim or counterclaim that accrued on or before the date of the dismissal would effectuate a material breach of the settlement. The Court retains jurisdiction to enforce the terms of the settlement.

**SO ORDERED.**

Dated: November 24, 2023

                                       J. Philip Calabrese
                                       United States District Judge
                                       Northern District of Ohio